IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
David Santiago,                    )
      Petitioner (Pro Se)          )
                                   )   Cr. No. 13-cr-811
      v.                           )
                                   )   Judge Andrew L. Carter Jr.
United States of America,          )
      Respondent.                  )
                                   )
```

RECEIVED JUL 3 0 2020 ANDREW L. CARTER, JR. U.S. DISTRICT JUDGE S.D.N.Y.

### Motion Pursuant to Rule 201 for Judicial Notice

Mr. Santiago asks this Honorable Court to take judicial notice that the Government's response to Petitioner's 18 U.S.C. § 3582(c)(1)(A)(i) motion was due on July 1, 2020 as per docket entry 727 (June 1, 2020).

Mr. Santiago asks this Court for the opportunity to amend his 18 U.S.C. § 3582(c)(1)(A)(i) motion due to the fact that as of July 12, 2020 the CDC changed its guidelines regarding at-risk individuals during the COVID-19 virus. Mr. Santiago now meets three more Comorbidity Factors according to the new CDC guidelines.

If the Government does reply in the interim, Mr. Santiago asks this Court that he be permitted to reply within 14-days from the date of the receipt of the Government's response to Petitioner.

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-30-20

Mr. Santiago asks this Court to view this Motion liberally pursuant to <u>Haines v. Kerner</u>, 404 U.S. 513 (1973).

Mr. Santiago does solemnly swear, state and declare under penalty of perjury pursuant to 18 U.S.C. § 1746 that the aforementioned is true and correct to the best of his knowledge.

             Respectfully submitted,

Dated:

             *David Santiago*
             David Santiago
             Reg. No.
             FCI Fort Dix
             PO Box 2000
             Joint Base MDL, NJ 08640

The application is granted. The amended motion is due 8/21/20. Response due 8/28/20 and any reply due 9/8/20. Copies mailed.
So Ordered.

*/s/ Andrew L. Carter* 8/7/20