USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-18-20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

13 Cr. 811 (ALC)

**ORDER**

-against-

DAVID SANTIAGO,

-----------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

The C.J.A. attorney assigned to receive cases on this day, Renato Stabile, is hereby ordered to assume representation of the defendant in the above captioned matter for the purposes of assisting Mr. Santiago with attempting to re-open his habeas petition and to assist with his compassionate release application.

SO ORDERED.

Dated: New York, New York
       September 15, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE