USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **11/6/2020**

Renato C. Stabile
Attorney at Law
580 Broadway, Suite 400
New York, NY  10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

November 4, 2020

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. David Santiago*, 13-CR-811 (ALC)

Dear Judge Carter:

    I have been appointed to represent David Santiago in the above-referenced matter. I write to request a modification of the briefing schedule in this case. The Defendant's brief is currently due on November 5, 2020 and the Government's response is due November 19, 2020. I have been diligently working on this matter and have been in communication with the defendant via CorrLinks email, as I am unable to meet with him in person, but I request an additional 30 days to further confer with the Defendant, gather additional documents, and file Mr. Santiago's submission. I have communicated with Assistant United States Attorney Hagen Scotten, who advises that the Government does not object to this request, provided that the Defense consents to the Government having 30 days to respond, to which the Defense consents. Accordingly, we request that the Defendant's submission be due by December 4, 2020 and the Government response be due by January 4, 2021.

    I thank the Court for its consideration.

Respectfully submitted,
/s/
Renato C. Stabile

cc:    AUSA Hagen Scotten
        (via ECF)

**The application is granted.
So Ordered.**

*[signature] Andrew L. Carter*  11/4/20