```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/6/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
**UNITED STATES OF AMERICA,**

                **Plaintiff,**

       -against-

**DAVID SANTIAGO,**

                **Defendant.**

-------------------------------------------------------------------- x

**13-CR-811 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Telephone Hearing is set for **January 13, 2021** at **2:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**    **New York, New York**
               **January 6, 2021**

_____
     **ANDREW L. CARTER, JR.**
     **United States District Judge**