**RECEIVED OCT 05 2023 ANDREW L. CARTER JR. U.S. DISTRICT JUDGE S.D.N.Y.**

9-28-23

13CR811 (ALC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-13-23

To: Honorable Andrew L. Carter JR.

I would like a lawyer appointed to assist me on a motion for "status points". The motion will be file by Nov 1, 2023 for a change in criminal history. My last lawyer was Renato Stabile. My wife Katherine Guzman spoke to him on 9-28-23. He agree to represent me if the court appointed him. I'm asking the court to please appoint him as my "CJA". Thank you for your time.

Sincerely,
David Santiago
69461-054

The application is ✓ granted. ___ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: November 13, 2023
NY, New York